IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SERGIO ARREOLA-OVIEDO,**

      **Petitioner,**

  v.

**UNITED STATES OF AMERICA,**

      **Respondent.**

**CASE NO. 2:09-CV-0393**
**CRIM. NO. 2:08-CR-026**
**JUDGE SMITH**
**MAGISTRATE JUDGE ABEL**

## OPINION AND ORDER

On February 23, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

      **IT IS SO ORDERED.**

                                                               \s\ *George C. Smith*
                                                              **GEORGE C. SMITH, JUDGE**
                                                              **UNITED STATES DISTRICT COURT**